UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

AT MEMPHIS

**RECEIVED**

MAY 1 5 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

MICHAEL WAYNE BRADFORD,

Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY AND

BAPTIST EAST HOSPITAL OF MEMPHIS,

Defendants.

---

## CIVIL RIGHTS VIOLATIONS COMPLAINT

I, Michael Wayne Brady, the Plaintiff, hereby file this Civil Rights Violation Complaint for the deprivation of my civil rights. Jurisdiction is proper in this Court.

### STATEMENT OF THE FACTS

Approxiately, in June, 2022, I'll start with how they use the coin bits kit the spray and bag that the cia built for coin bit's they come out of technology and utilitys mlgw light wiring anything they play in real that is in the world and world wide web is in on everything to digital money was built off of me and every law has been broken against me. I've tried to push this through federal courts and civil courts and they turn me down and want even let me speak. Now every day they extort my mind and tourchered my mind body and soul the proof is in me as well as the Baptist east hospital on walnut grove Memphis tn where I got a radyoligy test done and UK hospital in Lexington ky and the movies put the ISD in my head my family put the stuff they got from the feds to make it stronger I can hear things from the other side of the world through coin bit's is this how you treat the man or king of this world. Now let me let everyone in on a little something about the people involved all sports of any kind lets just say

everything on tv the world wide web all gangs any person on technology or any digital company in the world .now they played my body parts and took my learning capabililties away from me now that's every civil right and law broken against me I have to the ris the us postal inspectors and shelby county district attorney Amy Weirich before she got replace hes doing it the commissioner and chief of police and mayor and governor of this state and every other state in this country are doing the same thing knowing going to court right no because a person threathen my life with a deadly weapon and said he was going to kill me and defended my self and didn't no he didn't tell them truth and didn't no the laws im diognost as mentally challenged they have to call the crisis team out they are not allowed to carry me to jail under any circumstances they have broken my civil rights in this county.

These actions violated my Fourteenth Amendment rights under the United States Constitution to due process and illegal medical experiences on me.

Award me $200,000,000 in compensatory damages against the defendants.

Award me $200,000,000 in punitive damages.

I want a jury trial.

I have the right to amend to this complaint.

Date May 12, 2023.

*Michael Bradford*
MICHAEL WAYNE BRADFORD

960 SOUTH THIRD STREET

MEMPHIS TN. 38106

(2)

## CERTIFICATE OF SERVICE

I hereby certify that the true and exact copy of the foregoing has been sent on this 12th day of May, 2023 by way of U.S postage service to:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

OFFICE OF THE CLERK

167 NORTH MAIN

MEMPHIS, TN. 38103


*Michael Bradford*

MICHAEL WAYNE BRADFORD

(3)