Case: **2:23-cv-02316**
Assigned To : **Fowlkes, John Thomas, Jr**
Referral Judge: **Pham, Tu M.**
Assign. Date : **5/15/2023**
Description: **Bradford v. Central Intelligence Agency, et al.**